FRITZ CLAPP (Bar No. 99197)
Attorney at Law
P.O. Box 2517
Beverly Hills, CA 90213
Telephone:888-292-5784
Facsimile: 888-467-2341
E-mail: fritz@fritzclapp.com

Attorney for Plaintiff
THAD ZAJDOWICZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **THAD ZAJDOWICZ,**<br>Plaintiff,<br>v.<br>**GRAND CRU CONCEPTS LTD., a Cyprus company,**<br>Defendant. | **Case No.**<br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**<br>**DEMAND FOR JURY TRIAL** |

Plaintiff THAD ZAJDOWICZ ("Zajdowicz") alleges against Defendant Grand Cru Concepts Ltd., a Cyprus company ("Grand Cru") as follows:

## NATURE OF THE ACTION

1. This action concerns the unauthorized use of Zajdowicz's photograph of a seated skeleton (the "Photograph") in paid social media advertising for ClubWPT Gold, a platform owned and operated by Grand Cru. On information and belief, Grand Cru, directly or through persons acting on its behalf, caused the Photograph to be incorporated into an advertisement bearing the headline "WAITING FOR A SEAT AT THE CASINO" and ClubWPT Gold branding. Zajdowicz seeks relief under the

Copyright Act, 17 U.S.C. §§ 101 et seq.

## PARTIES

2. Plaintiff Zajdowicz is an individual and the owner of the copyright in the Photograph.

3. Defendant Grand Cru Concepts Ltd. is a company incorporated under the laws of Cyprus, company registration number HE 463724, with its publicly identified registered office at Arch. Makariou III & Evagorou, 1–7, MITSI 3, 1st Floor, Flat/Office 102, 1065 Nicosia, Cyprus. ClubWPT Gold's website identifies Grand Cru as its owner and operator and separately identifies WPT Enterprises, Inc. as the owner of the licensed WPT trademarks. Grand Cru operates the platform promoted by the advertisement alleged below.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act.

5. This Court has specific personal jurisdiction over Grand Cru under Federal Rule of Civil Procedure 4(k)(1)(A). Grand Cru purposefully conducts business with California users through ClubWPT Gold, including users in this District. Its published California Game Days policies expressly address users physically located in California and provide for their participation in games and redemption of eligible Chips. On information and belief, Grand Cru caused or authorized the paid campaign alleged below to solicit users in California, including this District, and the infringing advertisement was displayed to users here in furtherance of that business. This claim arises out of or relates to that advertising activity. Exercising jurisdiction is consistent with due process.

6. Alternatively, if Grand Cru is not subject to personal jurisdiction in any state's courts of general jurisdiction for this action, this Court has personal jurisdiction under Federal Rule of Civil Procedure 4(k)(2). This claim arises under federal law. Grand Cru purposefully operates and markets ClubWPT Gold to users in the United

States and selected a United States payments provider to facilitate platform purchases and prize redemptions. On information and belief, the infringing campaign was directed to the United States market to obtain users for that platform. The claim arises out of or relates to those United States contacts, and exercising jurisdiction is consistent with the United States Constitution and laws.

7. Venue is proper in this District under 28 U.S.C. § 1391(c)(3) because Grand Cru is a defendant not resident in the United States and may be sued in any judicial district. Venue is also proper under 28 U.S.C. § 1400(a) to the extent Grand Cru may be found in this District by virtue of its claim-related contacts alleged above.

## THE PHOTOGRAPH AND REGISTRATION

8. Zajdowicz created the Photograph, an original image of a weathered human skeleton seated on a wooden bench outdoors, with its head turned and its legs extended, against a grassy and hay-covered background. The Photograph reflects original choices of framing, perspective, composition, lighting, and timing. A copy is attached as Exhibit A.

9. Zajdowicz owns the copyright in the Photograph and the exclusive rights to reproduce, adapt, and publicly display it. Zajdowicz did not authorize Grand Cru to use the Photograph.

10. The United States Copyright Office registered the Photograph under Registration No. VA 2-524-659, effective August 11, 2026. The registration predates the advertising uses alleged here. It is attached as Exhibit B.

## GRAND CRU'S USE OF THE PHOTOGRAPH

11. On information and belief, without Zajdowicz's permission, Grand Cru, directly or through persons acting on its behalf, copied the Photograph and incorporated it into a ClubWPT Gold advertisement. The advertisement retains the recognizable skeleton, bench, grass, and surrounding setting and places the caption "WAITING FOR A SEAT AT THE CASINO" above the image and ClubWPT Gold branding near the bottom.

12. The advertisement promoted ClubWPT Gold with copy including "Real games. Real rewards. Real fun" and invited viewers to sign up. Its call to action directed viewers to ClubWPT Gold's website. The image therefore served a commercial promotional purpose.

13. A captured Meta Ad Library entry identifies the advertiser Page as ClubWPT Gold and the advertisement as Library ID 1963573851735757, accessible at https://www.facebook.com/ads/library/?id=1963573851735757. The entry reports that the advertisement began running on September 2, 2026, was active when captured, and ran on Facebook, Instagram, Messenger, Audience Network, and Threads. It also reports multiple versions. The associated public brand accounts are Facebook @clubwptgold.page and Instagram @clubwpt.gold. Captures of the Meta Ad Library entry are attached as Exhibit C.

14. On information and belief, Grand Cru caused or authorized the reproduction, adaptation, and public display of the Photograph through this paid campaign. This allegation is based on the campaign's promotion of ClubWPT Gold, its direction of viewers to that platform's website, and Grand Cru's express identification as the platform's owner and operator. The public Meta record identifies the brand Page but does not disclose the legal payer or beneficiary or a reliable spending figure for this advertisement. The identities of the ad-account owner, payer, creative supplier, and persons who approved or placed the advertisement, together with the campaign's exact reach, duration, targeting, versions, expenditures, and resulting revenues, are matters for discovery from Grand Cru and others involved in the campaign.

15. On information and belief, Grand Cru's use was deliberate in that it selected or authorized the selection and incorporation of the Photograph into commercial advertising, and was willful or, at minimum, undertaken with reckless disregard for Zajdowicz's copyright in the Photograph. Zajdowicz has suffered injury from the uncompensated commercial use.

//

## CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 501

16. Zajdowicz incorporates paragraphs 1 through 15 as though fully set forth here.

17. Zajdowicz owns a valid copyright in the Photograph. On information and belief, Grand Cru, directly or through persons acting on its behalf, copied protected expression from the Photograph without authorization and exercised rights reserved to Zajdowicz under 17 U.S.C. § 106, including reproduction, preparation of a derivative work, and public display.

18. As a direct result of Grand Cru's infringement, Zajdowicz is entitled to actual damages and Grand Cru's profits attributable to the infringement under 17 U.S.C. § 504(b), injunctive relief under § 502, and other relief provided by law. Zajdowicz seeks statutory damages under § 504(c) and attorney's fees under § 505 only if the registration and publication facts establish eligibility under § 412.

## PRAYER FOR RELIEF

Zajdowicz requests judgment against Grand Cru as follows:

A. A declaration that Grand Cru infringed Zajdowicz's copyright in the Photograph;

B. Preliminary and permanent injunctive relief under 17 U.S.C. § 502 against further infringing use of the Photograph;

C. Actual damages and Grand Cru's attributable profits under 17 U.S.C. § 504(b), or, if available under 17 U.S.C. § 412 and elected, statutory damages under § 504(c);

D. Reasonable attorney's fees under 17 U.S.C. § 505 if available under § 412, and recoverable costs;

E. Prejudgment and postjudgment interest as permitted by law; and

F. Such other relief as the Court deems just and proper.

//

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Zajdowicz demands trial by jury on all issues so triable.

Dated: October 1, 2026

FRITZ CLAPP
Attorney for Plaintiff THAD ZAJDOWICZ

**EXHIBIT A**

The Photograph



# EXHIBIT B

**Registration Number**
**VA 2-524-659**
**Effective Date of Registration:**
August 11, 2026
**Registration Decision Date:**
September 29, 2026

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Skeleton on Bench

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** October 31, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Thad Zajdowicz
  **Author Created:** Photograph
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Thad Zajdowicz
2212 El Molino Ave M223, Altadena, CA, 91001, United States

## Rights and Permissions

**Organization Name:** Memelicensing.com
**Email:** office@memelicensing.com

## Certification

**Name:** Luca Mundi
**Date:** August 11, 2026

Page 1 of 2

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

**EXHIBIT C**

Meta Ad Library captures

Aktiv

Bibliotheks-ID: 1963573851735757

Seit dem 02.09.2026 ausgeliefert

Plattformen

Es gibt mehrere Versionen dieser Werbeanzeige

Anzeigendetails ansehen

**Clubwpt Gold**

Anzeige

Real games. Real rewards. Real fun. Experience more with ClubWPT Gold.

Why do 330,000+ players love it here?
🎯 Omaha & NLHE at all stakes
😉 There's more than just poker
🔥 24/7 ring games & tournaments
🤑 At least 1k in daily freerolls
💰 500k+ in daily tourney guarantees
🧠 Players can train & improve their game

Sign up now using code FB1 to get 2 chips on the house👉
https://clubwptgold.com/login




NLHE, PLO, and More on ClubWPT Gold

Sign Up

**EXHIBIT C CONTINUED**

